UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LERENZO HOKES, | ) | 1:05-CV-1107 AWI WMW HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #10) |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 30, 2005, petitioner filed a motion to extend time to file an application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   January 26, 2006**              **/s/  William M. Wunderlich**
bl0dc4                                                  UNITED STATES MAGISTRATE JUDGE