UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LERENZO HOKES, | ) | 1:05-CV-1107 AWI WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| UNKNOWN, | ) | (DOCUMENT #22) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2006, petitioner filed a motion to extend time to name the proper respondent. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to name the proper respondent.

IT IS SO ORDERED.

**Dated:   June 16, 2006**           **/s/  William M. Wunderlich**
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE