**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KEVIN LERENZO HOKES,** | ) | CV F 05-1107 AWI WMW HC |
| Petitioner, | ) ) | **ORDER DIRECTING CLERK OF COURT TO FILE** |
| v. | ) ) | **AMENDED PETITION** |
| **UNNAMED,** | ) ) | |
| Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On April 20, 2006, the court entered an order requiring Petitioner to file an amended petition naming the correct Respondent. On May 30, 2006, Petitioner lodged with the court an amended petitioner naming James E. Tilton as Respondent. Accordingly, the Clerk of the Court is HEREBY DIRECTED to file the amended petition previously lodged with the court and to correct the name of the

1  Respondent.
2         IT IS SO ORDERED.
3  **Dated:** **June 20, 2006**                    **/s/  William M. Wunderlich**
   bl0dc4                                          UNITED STATES MAGISTRATE JUDGE

2