IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LERENZO HOKES,           ) | CV F 05-1107 AWI WMW HC |
| ) | |
| Petitioner,     ) | ORDER VACATING |
| ) | FINDINGS AND |
| v.                    ) | RECOMMENDATIONS |
| ) | |
| JAMES E. TILTON,                   ) | [Doc. 18] |
| ) | |
| Respondent.   ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On May 17, 2006, the court entered findings and recommendations that this action be dismissed for Petitioner's failure to prosecute. Good cause appearing, those findings and recommendations are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **August 11, 2006**              /s/  **William M. Wunderlich**
bl0dc4                                                   UNITED STATES MAGISTRATE JUDGE