IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KEVIN LERENZO HOKES,** | ) | CV F 05-1107 AWI WMW HC |
| | ) | |
| Petitioner, | ) | **ORDER DENYING MOTION** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **AS MOOT** |
| | ) | **[Doc. 12]** |
| | ) | |
| **UNNAMED,** | ) | **ORDER DENYING MOTION** |
| | ) | **TO AMEND THE PETITION** |
| Respondent. | ) | **AS MOOT** |
| | ) | **[Doc. 21]** |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On March 13, 2006, Petitioner filed a motion for an extension of time to pay his filing fee and file his amended petition. The court granted Petitioner in forma pauperis status on July 26, 2006, and ordered the amended petition filed on June 20, 2006. Accordingly, Petitioner's motion for an extension of time is HEREBY DENIED as moot.

On May 30, 2006, Petitioner filed a motion to amend his petition. Because the court ordered the amended petition filed on June 20, 2006, Petitioner's motion is HEREBY

1  DENIED as moot.

2  IT IS SO ORDERED.

3  **Dated:    January 31, 2007**              **/s/  William M. Wunderlich**
   bl0dc4                                    UNITED STATES MAGISTRATE JUDGE