**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN LERENZO HOKES,** | 1: **05-CV-1107 AWI WMW HC** |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE RESPONDENT'S MOTION TO DISMISS |
| v. | |
| **JAMES E. TILTON,** | |
| Respondent. | [Doc. 34, 42] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. Pending before the court is Respondent's motion to dismiss for failure to exhaust state judicial remedies.

On May 31, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the

findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on May 31, 2007, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed without prejudice for failure to exhaust state judicial remedies; and
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   July 26, 2007**               /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE

2